UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HEATHER COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:14-cv-01076-NCC |
| | ) | |
| ACTION REVENUE RECOVERY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff and Defendant, by and through respective counsel, and notify the Court that Plaintiff and Defendant have settled this cause of action.  The parties estimate that it will take approximately 30 days to finalize the settlement documents.  Therefore, the parties respectfully request the Court to pass the cause 30 days for settlement.

Witness our hands this 10th day of September, 2014.

| | |
|---|---|
| /s/ James W. Eason | /s/ Jeffrey J. Brinker |
| James W. Eason, #57112 | Jeffrey J. Brinker, #30355MO |
| The Eason Law Firm, LLC | Brinker & Doyen, L.L.P. |
| 124 Gay Avenue, Suite 200 | 34 N. Meramec Avenue, 5th Floor |
| Clayton, MO  63105 | Clayton, Missouri  63105 |
| (314) 932-1066 – Phone | 314-863-6311 |
| (314) 667-3161 – Facsimile | Fax:  314-863-8197 |
| james.w.eason@gmail.com | jbrinker@brinkerdoyen.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |