## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

HEATHER COX,                              )
                                          )
    Plaintiffs,               )
                                          )
v.                                        )  Case No. 4:14-CV-01076-NCC
                                          )
ACTION REVENUE RECOVERY,                  )
                                          )
    Defendant.                )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Heather Cox, and Defendant, Action Revenue Recovery, stipulate to the dismissal of this action with prejudice. Each party to bear their own costs.

Dated: October 16, 2014

RESPECTFULLY SUBMITTED,

/s/ James W. Eason

JAMES W. EASON, #MO57112
The Eason Law Firm, LLC
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax: (314) 667-3161
Email: james.w.eason@gmail.com

BRINKER & DOYEN, LLP

_____

JEFFREY BRINKER, #30355
Brinker & Doyen, LLP
34 N. Meramec Avenue, 5th Flr
Clayton, Missouri 63105
Phone: (314)863-6311
Fax: (314) 863-8197
jbrinker@brinkerdoyen.com