UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:14CV1076 NCC |
| | ) |
| ACTION REVENUE RECOVERY, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation Of Dismissal with prejudice, filed by counsel for plaintiff Heather Cox, and by counsel for defendant Action Revenue Recovery, in the above cause (Docket No. 13),

**IT IS HEREBY ORDERED** that plaintiff's complaint and all of plaintiff's claims and causes of action arising as to defendant Action Revenue Recovery are dismissed with prejudice, with each party to bear their own costs.

/s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of October, 2014.